# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARK A. REESE, #0070448,<br>    Plaintiff, | :<br>:<br>: |
| v. | :     CIVIL ACTION 1:17-00479-KD-N |
| | : |
| SHERIFF SAM COCHRAN, et al.,<br>    Defendants. | :<br>: |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 7, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that due to his failure to prosecute, Plaintiff's case is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

    **DONE** and **ORDERED** this the **4th** day of **June 2018.**

                      /s/ Kristi K. DuBose
                      **KRISTI K. DuBOSE**
                      **CHIEF UNITED STATES DISTRICT JUDGE**